UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CIVIL ACTION NO. 6:16cv677-ORL-37-GJK

LIGHTING SCIENCE GROUP
CORPORATION,

        Plaintiff,

    v.

SUNCO LIGHTING, INC.,

        Defendant.

---

## SUPPLEMENTAL DECLARATION OF SORUSH TAHOUR IN SUPPORT OF MOTION TO DISMISS

STATE OF CALIFORNIA      )
                        ) ss.
COUNTY OF LOS ANGELES  )

    I, SORUSH TAHOUR, do hereby declare and say that:

    1.    I am the President of Sunco Lighting, Inc. ("Sunco").

    2.    I have reviewed both the Opposition to the Motion to Dismiss the Complaint or Change Venue and the supporting Declaration of Philip J. Ragona.  In Paragraph 4 of the Declaration, Mr. Ragona unequivocally states that "Sunco also sells the infringing products through the nationwide retailer Sears."  In Paragraph 6, Mr. Ragona alleges that "Sunco products are sold at Sears store locations in the Middle District of Florida.  Both statements of Mr. Ragona are unequivocally false.

    3.    In support of the statement of Mr. Ragona that Sunco products are sold on Sears website, plaintiff attached as Exhibit 2 a screenshot from the Sears website accessible at www.sears.com.  The photograph appearing in Exhibit 2 is a duplication of the photograph of the

MAP-SUNCO-2440

Sunco products that I supply to Amazon.com. Exhibit 2 states the product is "sold by ErgodE." Sunco Lighting, Inc. does not now nor has it ever used the name ErgodE to identify itself or any division of the company for any purpose whatsoever. As set forth in Paragraphs 6 and 7 of my original Declaration (Document 26.1, p.2), Sunco's sales of the accused products have been limited to wholesalers located in the State of California and through Amazon.com. I have absolutely no knowledge that any wholesaler to which the accused products were sold has ever resold Sunco products to Sears.

4.      When I reviewed the Declaration of Mr. Ragona, I reviewed other portions of the Sears website regarding the availability of Sunco products at physical retail outlets of Sears. Attached hereto as Exhibit 2 is a page from the Sears website describing the sale of the same Sunco Lighting product that appears in Exhibit 2 to Mr. Ragona's Declaration. Although this information appears on the Sears website along with that attached to Mr. Ragona's Declaration, it provides specific information that "store pickup not available." This was omitted or ignored by Mr. Ragona.

5.      I declare under the penalty of perjury of the laws of the State of California the foregoing is true and correct and within my own personal knowledge and I will testify to same if called to do so.

Executed this __18_____ day of July, 2016 at Canoga Park, California.

SORUSH TAHOUR

MAP-SUNCO-2440

# EXHIBIT 2

MAP-SUNCO-2440

# Sears

## Your Cart

Back to Shopping

Subtotal  $22.47



Sunco Lighting 13Watt 6-inch ENERGY STAR UL-listed Dimmable LED Downlight Retrofit...

Sold by ErgodE, a Sears Marketplace seller

Marketplace Shipping
get it as soon as Thu, Jul 21
Fulfilled by ErgodE

$22.47

Store Pickup not available

Qty:  1

remove     save for later

**Special Offers**
Get $10 off today's purchase when you're approved for a Sears Card®, or get $15 off when you're approved for a Sears MasterCard®. Apply at Checkout. see details

Gift options not available for this item.

Sold by ErgodE | Item #SPM3729096521 | Mfr. Model: #ADIB00M0VS22A

---

see points details and exclusions

**You could earn 225 points to use later**

Sign In     or     Join for Free

Points displayed are estimates only. Available points and earned points vary based on purchase(s), offers or subsequent modifitcations to your cart. Surprise points offers may reqture specific products, price thresholds or have other exclusions. We select the best qualifying surprise points offer when available.

Coupon Code

Add

**Order Summary**                                    view details
Merchandise Subtotal                                    $22.47
Estimated Shipping                                   See in Checkout

**Subtotal**                                            $22.47

Proceed to checkout to calculate exact tax and shipping

## Checkout FAQs

go to customer service page

Shipping Methods

Delivery & Haulaway

How to Return or Cancel an Item

Store Information

Terms & Policies