**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

LIGHTING SCIENCE GROUP
CORPORATION,

                                   Civ. Action No. 6:16-cv-677-Orl-37GJK

       Plaintiff,

v.

  SUNCO LIGHTING, INC.,

       Defendant.

_____/

## STIPULATED NOTICE OF SETTLEMENT AND DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, Lighting Science Group Corporation ("Plaintiff"), and Sunco Lighting, Inc. ("Defendant") (Plaintiff and Defendant collectively referred to as "Parties") pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Rule 3.08, and move this Court for an order dismissing all claims set forth in the  Complaint (Dkt. 1) in this action, with prejudice, and in further support thereof states as follows:

1.     Plaintiff filed its Complaint (Dkt. 1) against Defendant, on April 21, 2016.

2.     This Court entered an Order on October 20, 2016 denying Defendant's Motion to Dismiss the Complaint for Lack of Personal Jurisdiction and for Improper Venue or in the Alternative for a Change of Venue (Dkt. 47).

3.     Defendant filed its Answer and Counterclaim on October 26, 2016 (Dkt. 48).

4.     Plaintiff filed its Answer and Affirmative Defenses to Counterclaim on November 15, 2016 (Dkt. 51).

5.     The Parties have resolved all disputes between them with regard to the issues contained in Plaintiff's Complaint and Defendant's Counterclaim, and have entered into a

settlement agreement.

6.  The Parties, by entering into a settlement agreement, and agreeing to dismiss this action, waive their rights to appeal from or otherwise challenge the dismissal of this action.

WHEREFORE, the Parties hereby move this Court for an order:

1.  Dismissing all claims in this action contained in Plaintiff's Complaint, with prejudice, with each party bearing its own costs, expenses and attorney's fees;

2.  Dismissing all claims in this action contained in Defendant's Counterclaim, with prejudice, with each party bearing its own costs, expenses and attorney's fees; and

3.  An order that the Parties' have waived their right to appeal or otherwise challenge the dismissal of this action.

Dated: January 5, 2017

_/s/ Mark F. Warzecha_____
Mark F. Warzecha
Florida Bar No. 0095779
**WIDERMAN MALEK, PL**
1990 W. New Haven Avenue, Suite 201
Melbourne, Florida 32904
Telephone: (321) 255-2332
Facsimile: (321) 255-2351
mfw@uslegalteam.com

Attorneys for Plaintiff

_/s/ Michael A. Painter_____
Michael A. Painter
**ISAACMAN, KAUFMAN & PAINTER, P.C.**
1888 Century Park East, Suite 1500
Los Angeles, CA 90067
Telephone: (310) 881-6800
painter@ikplaw.com

Mark Stein
**MARK STEIN LAW**
2999 N.E. 191st Street, Suite 330
Aventura, FL 33180
Telephone: (305) 356-7550
mark@marksteinlaw.com

Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 5, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF filing system.  I further certify that the foregoing document is being served this date on all counsel of record or *pro se* parties, either via transmission of Notices of Electronic Filing generated by the CM/ECF system or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

<div style="margin-left: 40%">

*/s/ Mark F. Warzecha*
Mark F. Warzecha

</div>