# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**LIGHTING SCIENCE GROUP CORPORATION,**

      **Plaintiff,**

**v.**                                                         **Case No:   6:16-cv-677-Orl-37GJK**

**SUNCO LIGHTING, INC.,**

      **Defendant.**

## ORDER OF DISMISSAL WITH PREJUDICE

This cause is before the Court upon the Stipulated Notice of Settlement and Dismissal with Prejudice filed January 5, 2017 (Doc 55).  Accordingly, it is:

**ORDERED** that, pursuant to Federal Rules of Civil Procedure 41(a)(A)(ii), this case is hereby **DISMISSED** with prejudice, with each party to bear its own fees and costs.

The Clerk is hereby ordered to close this file.

**DONE AND ORDERED** at Orlando, Florida this 5th day of January, 2017.

_____
ROY B. DALTON JR.
United States District Judge

Copies:   Counsel of Record